UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

RACHAEL DENHOLLANDER, et al.,

              Plaintiffs,

HON. GORDON J. QUIST

v.

Lead Case No. 1:17-CV-29

MICHIGAN STATE UNIVERSITY, et al.,

Member Case No. 1:18-CV-173

              Defendants.
_____/

## ORDER GRANTING MOTION
## FOR APPROVAL OF SETTLEMENT

Upon review of Plaintiff's Motion for Approval of Settlement and following a hearing on the motion, and the Court being otherwise fully advised,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Approval of Settlement (ECF No. 974) is **GRANTED**.

**IT IS FURTHER ORDERED** that the settlement amount for the minor settling Plaintiff, to be paid pursuant to a structured settlement, including attorney fees and costs, is approved.


Dated:  March 11, 2019                           /s/ Gordon J. Quist
                                    GORDON J. QUIST
                                 UNITED STATES DISTRICT JUDGE